IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-00206-KJN |
| Plaintiff, | ) ORDER TO CONTINUE TRIAL |
| v. | ) DATE: December 7, 2015 <br> ) TIME: 9:00 a.m. |
| FRANK O. BROWN, | ) JUDGE: Hon. Kendall J. Newman |
| Defendant. | ) |

ORDER

It is hereby ordered that the trial presently set for December 7, 2015 at 9:00 a.m. be continued to February 8, 2016 at 9:00 a.m.

Dated:  October 27, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE