IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        ) 2:15-MJ-00206-KJN
                                 )
         Plaintiff,              ) ORDER TO CONTINUE TRIAL
                                 )
    v.                           ) DATE: February 22, 2016
                                 ) TIME: 9:00 a.m.
FRANK O. BROWN,                  ) JUDGE: Hon. Kendall J. Newman
                                 )
         Defendant.              )
                                 )
                                 )
                                 )
```

ORDER

It is hereby ordered that the trial presently set for February 22, 2016, at 9:00 a.m., be continued to March 21, 2016, at 9:00 a.m.

Dated:  February 17, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE